UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

PAULA RAY DOTSON, )
)
    Plaintiff, )
) 1:11-CV-213
v. )
) Collier/Lee
MICHAEL J. ASTRUE )
Commissioner of Social Security, )
)
    Defendant. )

## JUDGMENT ORDER

Plaintiff Paula Ray Dotson ("Plaintiff") filed suit against Michael S. Astrue, Social Security Commissioner ("Defendant"), seeking judicial review of Defendant's decision denying her application for Social Security disability benefits. On July 10, 2012, United States Magistrate William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 13). In the R&R, Judge Carter recommended: 1) Plaintiff's motion for summary judgment (Court File No. 9) be denied; 2) Defendant's motion for summary judgment (Court File No. 11) be granted; and 3) Defendant's decision denying benefits be affirmed. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, the Court **DENIES** Plaintiff's motion for summary judgment (Court File No. 9), and **GRANTS** Defendant's motion for summary judgment (Court File No. 11). The Court **AFFIRMS** the Commissioner's decision to deny Plaintiff a period of disability SSI benefits, and **DISMISSES**

the case. As no further matters remain for adjudication, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

    **SO ORDERED.**

    **ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT